THE STATE EX REL. HOWARD, APPELLANT, *v.* FERRERI, JUDGE, APPELLEE.

[Cite as *State ex rel. Howard v. Ferreri* (1994), 70 Ohio St.3d 587.]

(No. 94–516—Submitted July 27, 1994—Decided October 19, 1994.)

*Michael D. Slodov,* for appellant.

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Carol Shockley,* Assistant Prosecuting Attorney, for appellee.

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.